EUGENE P. CATENA, Respondent, v. MILLFIELD REALTY COMPANY, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

BALDWIN COOK, Respondent, v. HARRI M. HOWELL and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of. Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

FRANCIS E. DE RAISMES, Landlord, Respondent, v. HAROLD L. R. THOMAS, Tenant, Appellant, and JOSEPHINE DOWNS and " MARY " ELLIS, etc., Undertenants.— Motion to dismiss appeal as to defendant Thomas denied upon condition that he perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that he pay respondent twenty dollars costs within five days from service of the order herein; otherwise, motion to dismiss appeal as to him granted, with ten dollars costs. Motion to dismiss as to the undertenants denied, without prejudice to renewal at the time of the argument. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ESLYN GERSTNER and LIONEL GERSTNER, Infants, by SALLE L. GERSTNER, Their Guardian ad Litem, Respondents, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ARTHUR GUNNING, Respondent, v. GEORGE KEAN AND COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of MINNIE KIEPLER, as Guardian of the Persons and Property of HELEN KIEPLER and RUTH KIEPLER, Infants, for Payment of Awards Made to Said Infants for Damage Parcel 58 in the Final Decree of the Supreme Court in the Matter of Acquisition of Property on Jamaica Bay for Improvement of Waterfront of the City of New York, Parcel 6.— Motion to direct payment of award granted. Order signed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.